IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:17CR163 |
| vs. | |
| JOEL PORTER, | ORDER |
| Defendant. | |

This matter is before the court on defendant's MOTION TO EXTEND PRETRIAL MOTION DEADLINE [28]. Based on the assertions in the motion, the Court believes the government is unlikely to object. Therefore, for good cause shown, I find that the motion should be granted. The defendant will be given an approximate 30-day extension. Pretrial Motions shall be filed by November 20, 2017.

**IT IS ORDERED:**

1. Defendant's MOTION TO EXTEND PRETRIAL MOTION DEADLINE [28] is granted. Pretrial motions shall be filed on or before November 20, 2017.

2. Defendant is ordered to file the affidavit required by as required by NECrimR 12.3(a) forthwith.

3. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional time arising as a result of the granting of the motion, i.e., the time between today's date and November 20, 2017, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason that Defendant's counsel required additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

4. Future filings should reflect the government's position regarding requested extensions of deadlines.

Dated this 10th day of October, 2017.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge